**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE ABRAHAM MARMOL BERNABE, | No. 19-72156 |
| Petitioner, | Agency No. A029-217-336 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Immigration Judge

Submitted January 19, 2022**

Before:     SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

Jose Abraham Marmol Bernabe, a native and citizen of El Salvador, petitions for review of an immigration judge's order affirming an asylum officer's negative credible fear determination issued in expedited removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We generally lack jurisdiction to review expedited removal proceedings, including the determination that Marmol Bernabe did not establish a credible fear of persecution or torture. *See* 8 U.S.C. § 1252(a)(2)(A)(iii) ("[N]o court shall have jurisdiction to review" determinations made under 8 U.S.C. § 1225(b)(1)(B)); *Guerrier v. Garland*, 18 F.4th 304, 312-13 (9th Cir. 2021) (holding there is no "colorable constitutional claims" exception to the limits 8 U.S.C. § 1252(a)(2)(A) places on this court's review of expedited removal proceedings).

**PETITION FOR REVIEW DISMISSED.**